IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE ELVIN | : |
| | : |
| v. | : Civil Action No. 07-620 GMS |
| | : |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : |
| | : |

**ORDER**

WHEREAS, on October 10, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on February 1, 2008, an Answer to the Complaint was filed by Michael Astrue (D.I. 5);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared, proposed briefing schedule to the court by March 14, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

February 15, 2008

FILED
FEB 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE